**Fill in this information to identify the case:**

Debtor 1     Steven L Skolnick

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern     District of Illinois
                                                              (State)

Case number     19-17268

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Caliber Home Loans, Inc.

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account:  6  7  4  2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 10/11/2019

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney fees | 08/02/2021 (Notice of Mortgage Payment Change) | (3) $ 125.00 |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | | (7) $ _____ |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) $ _____ |
| 11. Other. Specify:_____ | | (11) $ _____ |
| 12. Other. Specify:_____ | | (12) $ _____ |
| 13. Other. Specify:_____ | | (13) $ _____ |
| 14. Other. Specify:_____ | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  __Steven L Skolnick_____   Case number (*if known*) __19-17268_____
        First Name    Middle Name    Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Kimberly D. Litherland_____   Date __08/10/2021_____
   Signature

Print:   __Kimberly_____ __D._____ __Litherland_____   Title __Attorney_____
        First Name    Middle Name    Last Name

Company   __Heavner, Beyers & Mihlar, LLC_____

Address   __P.O. Box 740_____
        Number    Street
       __Decatur_____ __IL____ __62525___
        City    State    ZIP Code

Contact phone   __(217) 422-1719_____   Email __bkdept@hsbattys.com__

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | Case No. 19-17268 |
|---|---|
| Steven L Skolnick, | Chapter 13 |
| Debtor. | Honorable Deborah L Thorne |

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed on August 10, 2021, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 10, 2021, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 10th day of August, 2021.

**Service by Mail:**

Steven L Skolnick
8716 Drake Ave
Skokie, Illinois 60076

**Service by Electronic Notice through ECF:**

| David H Cutler | Marilyn O. Marshall | Patrick S. Layng |
|---|---|---|
| Cutler & Associates, Ltd. | 224 S. Michigan, Suite 800 | United States Trustee (Region 11) |
| 4131 Main Street | Chicago, IL 60604 | 219 S. Dearborn Street Room 873 |
| Skokie, IL 60076 | | Chicago, IL 60604 |

/s/ Kimberly D. Litherland
Kimberly D. Litherland

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
CHERYL CONSIDINE (#6242779)
KIMBERLY D. LITHERLAND (#6299352)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754